ACCEPTED
12-11-00303-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/9/2015 3:04:01 PM
CATHY LUSK
CLERK

## 12-11-00303-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/9/2015 3:04:01 PM
CATHY S. LUSK
Clerk

## IN THE TWELFTH COURT OF APPEALS
## TYLER, TEXAS

**ENBRIDGE PIPELINES (EAST TEXAS) L.P.**
*Appellant*

**Vs.**

**GILBERT WHEELER, INC.**
*Appellee*

**Remanded to the Twelfth Court of Appeals by the Supreme Court of Texas**

## APPELLANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Comes now Enbridge Pipelines (East Texas) L.P., ("Enbridge"), Appellant herein ("Appellant"), and files this, its Appellant's Motion for Leave to File Supplemental Brief. In support thereof, Appellant would respectfully show unto the Court as follows:

1. On February 13, 2013, this Court made and delivered its Opinion on Rehearing in this case. The case was then appealed by Appellee, Gilbert Wheeler, Inc., to the Supreme Court of Texas. On August 29, 2014, the Supreme Court of Texas made and delivered its

Opinion in this case. The Judgment of the Supreme Court of Texas was also delivered on August 29, 2014. Appellant filed a Motion for Rehearing in the Supreme Court of Texas on October 6, 2014, but same was denied on December 19, 2014. On that date, the Supreme Court of Texas also issued its Mandate reversing the prior judgment of this Court and remanding the cause to this Court for further proceedings consistent with the Opinion of the Supreme Court of Texas.

2. As the Supreme Court of Texas noted in its Opinion, Appellant "raised several issues in the court of appeals that were not reached" because of this Court's disposition of the case. Such issues include, but are not limited to, "various challenges to the trial court's admission of Wheeler's experts' testimony, exclusion of Enbridge's experts' testimony, and failure to submit a jury question on one of Enbridge's breach-of-contract defenses." See Opinion of Supreme Court, at page 19.

3. Therefore, in view of the above and foregoing, Appellant respectfully submits and files this Appellant's Motion for Leave to File Supplemental Brief with this Court, in order to request permission from this Court to provide a supplemental brief addressing the changes in the applicable law made by the Supreme Court, and effect of its decision upon the remaining issues to be resolved by this Court.

4.    This motion for leave is not sought for the purpose of delay, but to allow Appellant an opportunity to fully and completely address the issues not reached or ruled on by the Supreme Court of Texas and/or by this Court, in light of the above-referenced Opinion of the Supreme Court of Texas in this matter.

## Prayer

Therefore, Appellant respectfully requests that the Court consider and grant this Appellant's Motion for Leave to File Supplemental Brief and order an appropriate deadline for said brief to be submitted and filed.

Respectfully submitted,
FLOWERS DAVIS, P.L.L.C.
1021 ESE South Loop 323
Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile


/s/    Julie P. Wright
JULIE P. WRIGHT
State Bar No. 00794883
THOMAS H. BUCHANAN
State Bar No. 03290500
J. MITCHELL BEARD
State Bar No. 01973600

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On February 2nd and 3rd 2015, Appellant's attorney communicated with Darrin Walker, counsel for Appellee, Gilbert Wheeler, Inc., by telephone and email to discuss Appellant's Motion for Leave to File Supplemental Brief. Said counsel informed the undersigned that Appellee, Gilbert Wheeler, Inc., opposed this motion.

/s/  Julie P. Wright

Julie P. Wright

## CERTIFICATE OF SERVICE

I hereby certify that the below-listed counsel of record was served with the foregoing document via electronic mailing and certified mail, return-receipt requested, on February 9, 2015.

Mr. Don Wheeler
Wheeler Law Office
101 Tenaha Street
Center, Texas 75935
Email:   velawson@sbcglobal.net
*Attorney for Plaintiff, Gilbert Wheeler, Inc.*

J. Mark Mann
The Mann Firm
300 West Main Street
Henderson, Texas 75652
Email:   mark@themannfirm.com
*Attorney for Plaintiff, Gilbert Wheeler, Inc.*

Darrin Walker
Law Office of Darrin Walker
6134 Riverchase Glen Dr.
Kingwood, Texas 77345
Email:   darrinwalker@embarqmail.com
*Attorney for Plaintiff, Gilbert Wheeler, Inc.*

/s/   Julie P. Wright
Julie P. Wright